# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR -10-2887-TUC-RCC(CRP) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jesus Francisco Gomez, | |
| Defendant. | |

The Court has reviewed the pleadings, the transcript and exhibits, the Magistrate Judge's Report and Recommendation, Defendant's Objections and Government's Response thereto,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc. 74).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress Physical Evidence and Statements (Doc. 31)

This case is currently set for trial on December 13, 2011 at 9:30 a.m.

DATED this 23rd day of November, 2011.

Raner C. Collins
United States District Judge

*mg*